UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  JOSEPH, JOHN L<br>JOSEPH, JOANNA K<br>  Debtor(s) | CASE NO. 09-23839 JPK |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2.  Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3.  Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4.  Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:   December 22, 2010          By: /s/ Stacia L. Yoon
                                    STACIA L. YOON, TRUSTEE #16933-53
                                    Genetos Retson Yoon & Molina LLP
                                    8585 Broadway, Suite 480
                                    Merrillville, IN 46410
                                    Telephone: (219) 755-0401
                                    bankruptcy@grymlaw.com

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Regular Mail:
Scott Albert Pyle, 1579 Huntingon Drive, , Calumet City, IL 60409
JOSEPH, JOHN L, 2740 AIRPORT ROAD, PORTAGE, IN 46368
JOSEPH, JOANNA K, 2740 AIRPORT ROAD, PORTAGE, IN 46368
 Indiana Dept. of Revenue, BK Sect., N-240, 100 N. Senate Ave. Indianapolis, IN 46204

Printed: 12/22/10 08:43 AM

# Claims Distribution Small Checks

Page: 1

Trustee:  Stacia L. Yoon, Chapter 7 Trustee  (340450)

Case:  09-23839  -  JOSEPH, JOHN L

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 9200163519 0566 | 110 | 12/22/10 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $1.56 |
| | | 4U | 05/25/10 | 610 | Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 North Senate Avenue<br>Indianapolis, IN 46204 | 33.00 | 33.00 | 1.56 | 1.56 |

(*) Denotes objection to Amount Filed